UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------

OKEKE, et al.,

                Plaintiff,

-against-

AVIATOR SPORTS AND RECREATION, INC.,

                Defendant.

------------------------------------------------------------------ X

08-CV-2343 (ARR) (ALC)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated August 31, 2010, from the Honorable Andrew L. Carter, Jr., United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the court awards the plaintiff a default judgment in the total amount of $25,675 (consisting of $5,000 in compensatory damages and $20,675 in reasonable attorneys' fees and costs).

SO ORDERED.

1

/s/
                                                     _____
                                                     Allyne R. Ross
                                                     United States District Judge

Dated: September 21, 2010
       Brooklyn, New York

SERVICE LIST:

> Plaintiff's Attorney
> Chidi Anthony Eze
> Chidi Eze & Associates
> 255 Livingston Street
> 3rd Floor
> Brooklyn, NY 11217
>
> Defendant
> Aviator Sports and Recreation, Inc.
> Hangar 5, Floyd Bennett Field
> Brooklyn, NY 11234

cc: Magistrate Judge Andrew L. Carter, Jr.